(INND Rev. 8/16)



page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

I.D.O.C. #
ARVee SMITH 990253
[You are the PLAINTIFF, print your full name on this line.]

v.

INDIANA DEPT OF CORRECTION
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number   3:17-cv-87
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] INDIANA DEPT CORRECTION | 302 W. WASHINGTON ST INDPPIS, IND 46204 |
| 2 | [Put the names of any other defendants in these boxes.] INDIANA D.O.C. STOP FACILITY HERITAGE TRAIL CORR | 501 N. MAINT ST PLAINFIELD, IN |
| 3 | CORIZON Health Dept STAFF (FIS) | 501 N. MAINT ST PLAIN FIELD IN. |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? Three
2. What is the name and address of your prison or jail? INDIANA Dept CORR O IDOC. STOP Facility. Heritage Trail Corr Facility
3. Did the event you are suing about happen there? ○ Yes.  ○ No, it happened at: I DID Send AN CLAIM TO I.D.O.C. ON 08-26-2016. NO REPLY.
4. On what date did this event occur? 03-14-2016

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 8/16)                                                                                                          page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I.D.O.C. for sending me to an correction facility that unsafety condition and operation under I.D.O.C. policy and rules.

2. I.D.O.C. Stop Facility and/or Heritage Trail Corr. for housing me in an unsafety place with no marked of wet spot area condition at all. (That a violates.) Also

3. Corizon Health Dept staff at the same facility I.D.O.C. Stop Facility, Heritage Trail Corr., 501 N. Maint St. Plainfield IN. for pain & suffering & damage for not reacting to an call for help in a timely matter.

4. No one come to help me. After about 50 min two inmate help me to the Health Dept. (that an violates.) This was about 8:45 AM no on from Corizon Health Dept look at me until around 4 PM sick call.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Go Green
Pay Online | Update Info
www.ezmedinfo.com/hendrickscounty

*Summary of Service Charges*

| DATE | PROC CODE | UNITS | DETAILS OF SERVICES | CHARGES | PAY/ADJ | INSUR. PENDING | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|
| 03-14-16 | 71010 | 1 | CHEST X-RAY 1 VIEW FRONTAL | 37.00 | | 0.00 | 37.00 |
| 03-16-16 | | | FILED PRIMARY TO CORIZON (CO323) | | | | |
| 05-16-16 | | | GUARANTOR RESPONSIBILITY DATE (ChargeID: 1431996) | | | | |
| 03-14-16 | 73502 | 1 | X-RAY EXAM HIP UNI 2-3 VIEWS | 33.00 | | 0.00 | 33.00 |
| 03-18-16 | | | FILED PRIMARY TO CORIZON (CO323) | | | | |
| 05-18-16 | | | GUARANTOR RESPONSIBILITY DATE (ChargeID: 1432557) | | | | |
| HENDRICK | | | Go Green | | | | |
| | | | Pay Online   Update Info | | | | |
| | | | www.ezmedinfo.com/hendri | | | nty | |

| Current | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|
| $749.00 | $0.00 | $0.00 | $0.00 |

| DATE DUE: | BALANCE DUE: |
|---|---|
| Upon Receipt | $721.00 |

**WE HAVE FILED YOUR INSURANCE. YOU ARE NOW RESPONSIBLE FOR THE BALANCE OF THIS ACCOUNT.**

HENDRICKS COUNTY RADIOLOGY
P O BOX 727
CLOVERDALE, IN  46120-0727
1.866.254.4629

2 of 2

105906-14

(INND Rev. 8/16)                                                                                                          page 3

Claims and Facts (continued)

(4) At about 8:1AM on the 03-14-2016, (Defendant #2) I.D.O.C. Heritage Trail Corr. call for my dorm to come pickup commissary. It has rain about 7:30 AM or 7:45 AM. The commissary floor was wet. (Circumstance.) No sign of wet floor, unsafety area, marking (that was a violates) me and about 40 others inmate come in. I loss my feeting on the wet floor went down broke my right hip. The offices at commissary call Health Dept for help man down.

(Defendant #3)

(5) No one come to help after about 50 min (two) inmate help me to sick call.

(6) I will have pain & suffering and medical bills with right hip and leg for rest of my lift. I have a steel in my hip and rod in my leg down too my nech.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

7) The worker help me up into chair. The staff offices call the Health Dept to let them know. (I set in pain from 9:00 AM until about 10:AM, noone come from the Health Dept.) At about 10:15 AM two inmate put me Aruee Smith = D.O.C. #990253 onto and wheelchain and push me to medical dept. where In sit until about 4:PM no pain medical about 5:34 PM a X Ray Tec come from I.Y.C. and In about 5 min after looking at me he ask for them to call transport me to Danville Health. Hendricks County Radiology P.O. Box 727. Cloverdale. IN 46120. I was a patient for two days. After that I.D.O.C. send me to Westville Corr Facility on Thu. 03-18-15. No Corizon Health Dept At Time give me good care, not Then not now. I have ask to be put back into wheelchain, I have ask for pain med for my Rt. hip pain. I hurt each day of the week. I have right hip replacement all this metal in my Rt hip and upper leg, the pain will be really bad when so cold. I feel like the IDOC need to pay my doctor bills upon my release, and I also feel that the IDOC need to make me some kind of money amount for pain & suffering. To keep from going to court. I feel that H.T.C.F. In Plainfield IN, needed to cleanup the wet floor before leting inmate come in.

Aruee Smith
#990253

(INND Rev. 8/16)                                                                                                    page 4

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ☒ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event did not happen in a prison or jail.
   ○ No, this event is not grievable at the prison or jail where it occurred.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

   I DID FILED GRIEVANCE ON 08-26-16.
   I DID NOT GET ANY RESPONSE FROM THAT STEP.
   TORT CLAIM FOR PERSONAL INJURY.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   PAY ME FOR PAIN AND SUFFERING & DAMAGE
   TO MY RIGHT HIP AND LEG I HAVE STELL IN
   IT. ALSO PAY MY DOCTURE BILLS UPON MY
   RELEASE FROM THE FACILITY. AND CODE 34-13-3-4
   Limits Amount $300,000 Thank you.

[Initial Each Statement]
   AS   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   AS   I will keep a copy of this complaint for my records.
   AS   I will promptly notify the court of any change of address.
   AS   I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on  01/25/20 17  at  3:45  am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   Arvee Smith                                    IDOC  #990253
   Signature                                             Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]